FILED

JUL 18 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR658 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | MOTION TO UNSEAL |
| | ) | |
| GEORGE AJALTOUNI, | ) | |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

Now comes the United States of America, by and through counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Matthew W. Shepherd, Assistant United States Attorney, and respectfully moves this Court for an order unsealing the case as of July 25, 2022, including the indictment and related documents.

Defendant George Ajaltouni was indicted on November 9, 2018. Upon the government's motion, an order was entered sealing the case. As of July 25, 2022, the government no longer believes that the reasons for sealing the case continue to apply. Therefore, the government respectfully requests that the Court grant this motion to unseal the case.

A proposed order is attached.

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: /s/ Matthew W. Shepherd
Matthew W. Shepherd (OH: 0074056)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3859
(216) 685-2378 (facsimile)
Matthew.Shepherd@usdoj.gov