IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:18CR658 |
| | ) |
| Plaintiff, | ) JUDGE SARA LIOI |
| | ) |
| v. | ) |
| | ) |
| GEORGE AJALTOUNI, | ) ORDER |
| | ) |
| Defendant. | ) |

Upon good cause shown, IT IS HEREBY ORDERED that the above-captioned case, including the indictment and all documents relating thereto, is hereby unsealed as of July 25, 2022.

Date: July 25, 2022

SARA LIOI
UNITED STATES DISTRICT JUDGE